O'BRIEN BROTHERS, Inc., as owner of THE Scow ROMERLIGHT, Libelant-Appellee, v. THE Steamer PRESIDENT ROOSEVELT, United States Lines Company, Claimant-Appellant.

No. 399.

Circuit Court of Appeals, Second Circuit.
April 15, 1935.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine, Henry P. Elliott, and A. V. Cherbonnier, all of New York City, of counsel), for The President Roosevelt.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

UNITED STATES v. RICHFIELD OIL CO. OF CALIFORNIA et al., two cases.

UNITED STATES v. PAN AMERICAN PETROLEUM CO. et al.

CHASE NAT. BANK OF CITY OF NEW YORK and Bank of America v. PAN AMERICAN PETROLEUM CO. et al.

Nos. 7866–7869.

Circuit Court of Appeals, Ninth Circuit.
May 14, 1935.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.
Upon stipulation of counsel for respective parties, filed in each of above causes, for dismissal of the causes, with prejudice, and good cause therefor appearing, ordered appeal in each of above causes dismissed, with prejudice, and that mandates of this court issue forthwith.

Willie NICHOLSON, Appellant, v. UNITED STATES of America.

No. 10297.

Circuit Court of Appeals, Eighth Circuit.
March 20, 1935.

R. L. Spelbrink, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo.

PER CURIAM.
Appeal docketed and dismissed on motion of appellee and certificate of clerk of United States District Court under rule 16.

Earl RILEY, alias Earl Rolley, alias Lonnie, Appellant, v. UNITED STATES of America.

No. 10167.

Circuit Court of Appeals, Eighth Circuit.
Feb. 26, 1935.

Robert L. Spelbrink, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo.

PER CURIAM.
Appeal dismissed, without costs to either party in this court, on motion of appellee, for failure to comply with rules 23 and 24 of this court, etc.